# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE VALERIUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10CV1879 MLM |
| | ) | |
| ST. LOUIS REHABILITATION CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's submission of a civil complaint and motion to proceed in forma pauperis. Plaintiff, who is proceeding pro se, has not filed his complaint on a Court-provided form. Pursuant to Local Rule 2.06(A), pro se plaintiffs are required to utilize a Court-provided form when drafting pleadings. As a result, the Court will order plaintiff to submit an amended complaint on a Court-provided form.

The Court has reviewed the financial information submitted with the motion to proceed in forma pauperis and finds that plaintiff is unable to pay the filing fee. Therefore, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a Civil Complaint form.

**IT IS FURTHER ORDERED** that plaintiff shall submit an amended complaint on the Court-provided form no later than thirty (30) days from the date of this Memorandum and Order.

Dated this 13th day of October, 2010.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE