# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE VALERIUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10-CV-1879 MLM |
| | ) | |
| ST. LOUIS REHABILITATION CENTER, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's proposed amended complaint. On October 13, 2010, the Court ordered plaintiff to submit an amended complaint no later than November 12, 2010. Plaintiff did not comply, and on December 3, 2010, the Court dismissed this action under Rule 41(b) of the Federal Rules of Civil Procedure. On December 10, 2010, plaintiff submitted the instant proposed amended complaint.

The Court will construe the proposed amended complaint as a motion for leave to file an amended complaint. Rule 15 of the Federal Rules of Civil Procedure states that "[t]he court should freely give leave [to amend] when justice so requires." The Supreme Court has enunciated the following general standard, which is to be employed under Rule 15(a) by the district courts:

> If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be "freely given."

Foman v. Davis, 371 U.S. 178, 182 (1962).

The Court has reviewed the amended complaint and finds it to be legally frivolous. Plaintiff brings suit against the St. Louis Psychiatric Rehabilitation Center, a Missouri Department of Mental Health facility. A suit against the St. Louis Psychiatric Rehabilitation Center is, in effect, a suit against the State of Missouri. The State of Missouri, however, is absolutely immune from liability under § 1983. See Will v. Michigan Dept. of State Police, 491 U.S. 58, 63 (1989). As a result, the Court will deny plaintiff's motion for leave to file an amended complaint because the proposed amendment is subject to summary dismissal under 28 U.S.C. § 1915(e).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's proposed amended complaint, construed as a motion for leave to file an amended complaint, is **DENIED**. [Doc. 9]

                                             **CHARLES A. SHAW**
                                             **UNITED STATES DISTRICT JUDGE**

Dated this  20th  day of December, 2010.